| AO-10<br>Rev. 1/2004 | FINANCIAL DISCLOSURE REPORT<br>Calendar Year 2003 | Report Required by the Ethics<br>in Government Act of 1978<br>(5 U.S.C. app. §§ 101-111) |

| 1. Person Reporting (Last name. First name, Middle initial)<br><br>KING, CAROLYN D | 2. Court or Organization<br><br>U.S. COURT OF APPEALS 5TH CIR. | 3. Date of Report<br><br>7/27/2004 |
|---|---|---|
| 4. Title (Article III Judges indicate active or senior status; magistrate judges indicate full- or part-time)<br><br>U.S. CIRCUIT JUDGE (ACTIVE) | 5. ReportType (check appropriate type)<br><br>◯ Nomination,  ▶Date<br><br>◉ Initial   ◯ Annual   ◯ Final | 6. Reporting Period<br><br>1/1/2003<br>to<br>12/31/2003 |
| 7. Chambers or Office Address<br><br>U.S. COURTHOUSE, ROOM 11020<br>515 RUSK AVENUE<br>HOUSTON, TX 77002-2694 | 8. On the basis of the information contained in this Report and any modifications pertaining thereto, it is, in my opinion, in compliance with applicable laws and regulations.<br><br>Reviewing Officer_____  Date_____ | |

IMPORTANT NOTES: The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information. Sign on last page.

## I. POSITIONS. (Reporting individual only; see pp. 9-13 of filing instructions)

☐ **NONE** - (No reportable positions.)

| | POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|---|
| 1. | RESEARCH FELLOW | THE CENTER FOR AMERICAN AND INTERNATIONAL LAW (FORMERLY SOUTHWESTERN LEGAL FOUNDATION) |
| 2. | MEMBER OF COUNCIL | AMERICAN LAW INSTITUTE |
| 3. | MEMBER OF ADVISORY BOARD | THE CENTER FOR THOMISTIC STUDIES, UNIVERSITY OF SAINT THOMAS |
| 4. | | |

## II. AGREEMENTS. (Reporting individual only; see pp. 14-16 of filing instructions)

☑ **NONE** - (No reportable agreements.)

| | DATE | PARTIES AND TERMS |
|---|---|---|
| 1. | | |

RECEIVED
Jul 28  11 49 AM '04
FINANCIAL
DISCLOSURE OFFICE

## III. NON-INVESTMENT INCOME. (Reporting individual and spouse; see pp. 17-24 of filing instructions)

### A. Filer's Non-Investment Incom

☑ NONE - (No reportable non-investment income.)

| DATE | SOURCE AND TYPE | GROSS INCOME (yours, not spouse's) |
|---|---|---|
| 1. | | |

### B. Spouse's Non-Investment Incom - (If you were married during any portion of the reporting year, please complete this section. (dollar amount not required except for honoraria)

☐ NONE - (No reportable non-investment income.)

| DATE | SOURCE AND TYPE |
|---|---|
| 1. | |

## IV. REIMBURSEMENTS -- transportation, lodging, food, entertainment.

(includes those to spouse and dependent children. See pp. 25-27 of instructions.)

☐ NONE - (No such reportable reimbursements.)

| | SOURCE | DESCRIPTION |
|---|---|---|
| 1. | Federal Bar Association | Meeting; Reimbursement of Airfare, Lodging, Taxis; September 15, 2003; Plano, Texas |
| 2. | American Law Institute | Council Meeting; Reimbursement of Airfare, Lodging, Meals, Taxis; October 22-24, 2003; New York, New York |
| 3. | | |
| 4. | | |

## V. GIFTS.  (Includes those to spouse and dependent children. See pp. 28-31 of instructions.)

☑ NONE  - (No such reportable gifts.)

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| 1. | | |

## VI. LIABILITIES.  (Includes those of spouse and dependent children. See pp. 32-34 of instructions.)

☑ NONE  - (No reportable liabilities.)

| CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|
| 1. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| KING, CAROLYN D | 7/27/2004 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div. rent. or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date: Month-Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| NONE (No reportable income, assets, or transactions) | | | | | | | | | |
| 1. Compass Bank Houston, TX (Money Market) | A | Interest | K | T | | | | | |
| 2. 7.25% Greenville, TX Bonds Due 4/1/2005 | B | Interest | K | T | | | | | |
| 3. 10% California Bonds Due 8/1/2004 | B | Interest | K | T | | | | | |
| 4. 7.25% Florida State Board of Education Bonds Due 6/1/2010 | B | Interest | K | T | | | | | |
| 5. Merck & Co. Common Stock | C | Dividend | M | T | | | | | |
| 6. Citigroup Common Stock (formerly Citicorp) | D | Dividend | N | T | | | | | |
| 7. Pfizer Common Stock | A | Dividend | L | T | Buy | 1/28 | K | | |
| 8. Daily Tax Free Income Fund | C | Interest | O | T | | | | | |
| 9. J.P. Morgan Chase Common Stock (formerly J.P. Morgan & Co.) | B | Dividend | K | T | | | | | |
| 10. Coca-Cola Common Stock | A | Dividend | K | T | | | | | |
| 11. 5.15% Pennsyl. Inter-Governmental Coop Auth due 6/15/2005 | B | Interest | | | Redeem | 6/16 | K | A | Issuer |
| 12. 5.00% Texas State Series B Due 10/1/2003 | B | Interest | | | Redeem | 10/1 | K | | Issuer |
| 13. General Electric Co. Common Stock | B | Dividend | L | T | Buy | 10/29 | K | | |
| 14. 5% Atlanta, GA Bonds Due 12/1/2009 | B | Interest | L | T | | | | | |
| 15. 5% Florida St. Board of Education Bonds Due 6/1/2011 | B | Interest | L | T | | | | | |
| 16. 4.85% University of North Carolina-Chapel Hill Rev. RFDG | B | Interest | L | T | | | | | |
| 17. Bonds Due 11/1/2010 | | | | | | | | | |
| 18. 5% Wisconsin St. Bonds Due 5/1/2014 | B | Interest | L | T | | | | | |

1. Income/Gain Codes: A = $1,000 or less   B = $1,001-$2,500   C = $2,501-$5,000   D = $5,001-$15,000   E = $15,001-$50,000
(See Columns B1 and D4) F = $50,001-$100,000   G = $100,001-$1,000,000   H1 = $1,000,001-$5,000,000   H2 = More than $5,000,000
2. Value Codes: J = $15,000 or less   K = $15,001-$50,000   L = $50,001-$100,000   M = $100,001-$250,000
(See Columns C1 and D3) N = $250,000-$500,000   O = $500,001-$1,000,000   P1 = $1,000,001-$5,000,000   P2 = $5,000,001-$25,000,000
P3 = $25,000,001-$50,000,000   P4 = $More than $50,000,000
3. Value Method Codes: Q = Appraisal   R = Cost (Real Estate Only)   S = Assessment   T = Cash/Market
(See Column C2) U = Book Value   V = Other   W = Estimated

| Name of Person Reporting | Date of Report |
|---|---|
| KING, CAROLYN D | 7/27/2004 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div, rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date: Month-Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 19. Intel Corp Common Stock | A | Dividend | K | T | | | | | |
| 20. IBM Common Stock | A | Dividend | K | T | | | | | |
| 21. 4.3% Jupiter Isl. Florida Util. Syst. Due 10/1/2007 | B | Interest | L | T | | | | | |
| 22. Exxon Mobil Corp. Common Stock | A | Dividend | K | T | | | | | |
| 23. Costco Wholesale Corp. Common Stock | | None | L | T | | | | | |
| 24. Compass Bank Checking Account in the Name of Carolyn D. King | | None | J | T | | | | | |
| 25. T. Rowe Price Small Cap Value Fund | D | CapGainDis/ | L | T | | | | | |
| 26. | | Dividend | | | | | | | |
| 27. T. Rowe Price New Era Fund | A | CapGainDis/ | L | T | | | | | |
| 28. | | Dividend | | | | | | | |
| 29. Bank of New York Inc. Common Stock | A | Dividend | | | Sell | 7/28 | K | E | |
| 30. Dallas, TX OID RFDG 5% Due 2/15/2005 | B | Interest | | | Redeem | 2/18 | K | A | Issuer |
| 31. Katy, TX ISD Series A 5.20% Due 8/15/2004 | B | Interest | | | Redeem | 8/15 | K | A | Issuer |
| 32. Morgan Stanley & Co. (cash balance in brokerage account) | | None | J | T | | | | | |
| 33. Mesquite, TX ISD 5% Due 8/15/2012 | C | Interest | M | T | | | | | |
| 34. Mansfield, TX Bonds 4.4% Due 2/15/2007 | B | Interest | K | T | | | | | |
| 35. Azle, TX ISD Series C 4.875% Due 2/15/2011 | C | Interest | M | T | | | | | |
| 36. Northwestern Mutual Whole Life Policies - See Part VIII | E | Dividend | N | V | | | | | |

1. Income/Gain Codes:    A = $1,000 or less    B = $1,001-$2,500    C = $2,501-$5,000    D = $5,001-$15,000    E = $15,001-$50,000
(See Columns B1 and D4)    F = $50,001-$100,000    G = $100,001-$1,000,000    H1 = $1,000,001-$5,000,000    H2 = More than $5,000,000

2. Value Codes:    J = $15,000 or less    K = $15,001-$50,000    L = $50,001-$100,000    M = $100,001-$250,000
(See Columns C1 and D3)    N = $250,000-$500,000    O = $500,001-$1,000,000    P1 = $1,000,001-$5,000,000    P2 = $5,000,001-$25,000,000
   P3 = $25,000,001-$50,000,000    P4 = More than $50,000,000

3. Value Method Codes:    Q = Appraisal    R = Cost (Real Estate Only)    S = Assessment    T = Cash/Market
(See Column C2)    U = Book Value    V = Other    W = Estimated

| Name of Person Reporting | Date of Report |
|---|---|
| KING, CAROLYN D | 7/27/2004 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div. rent. or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date: Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 37. Abbott Labs Common Stock | A | Dividend | K | T | | | | | |
| 38. Cisco Systems Common Stock | | None | K | T | | | | | |
| 39. Illinois Tool Works Inc Common Stock | B | Dividend | M | T | | | | | |
| 40. 4.00% Texas State Pub Fin Gen Oblig Bonds Due 10/1/2006 | B | Interest | L | T | | | | | |
| 41. 5.25% Indiana St. Office Bldg. Comm. Bonds Due 7/1/10 | C | Interest | L | T | | | | | |
| 42. BP Amoco PLC | C | Dividend | M | T | Buy | 1/28 | K | | |
| 43. | | | | | Buy | 7/28 | K | | |
| 44. Microsoft | A | Dividend | L | T | | | | | |
| 45. SBC Communications | B | Dividend | | | Sell | 10/29 | K | | |
| 46. MedcoHealth Solutions, Inc. | | None | J | T | Spin Off | 8/25 | J | | Merck |
| 47. 3.25% Danbury, Connecticut Bonds Due 8/1/2010 | | None | M | T | Buy | 7/29 | L | | |

1. Income/Gain Codes: A = $1,000 or less    B = $1,001-$2,500    C = $2,501-$5,000    D = $5,001-$15,000    E = $15,001-$50,000
(See Columns B1 and D4)    F = $50,001-$100,000    G = $100,001-$1,000,000    H1 = $1,000,001-$5,000,000    H2 = More than $5,000,000

2. Value Codes:    J = $15,000 or less    K = $15,001-$50,000    L = $50,001-$100,000    M = $100,001-$250,000
(See Columns C1 and D3)    N = $250,000-$500,000    O = $500,001-$1,000,000    P1 = $1,000,001-$5,000,000    P2 = $5,000,001-$25,000,000
P3 = $25,000,001-$50,000,000    P4 = $More than $50,000,000

3. Value Method Codes    Q = Appraisal    R = Cost (Real Estate Only)    S = Assessment    T = Cash/Market
(See Column C2)    U = Book Value    V = Other    W = Estimated

| FINANCIAL DISCLOSURE REPORT | Name of Person Reporting | Date of Report |
|---|---|---|
| | KING, CAROLYN D | 7/27/2004 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS    (Indicate part of Report.)

For many years, I have owned six whole life policies issued by The Northwestern Mutual Life Insurance Company. Prior Financial Disclosure Reports have stated in response to Part VII that "I have not reported the cash surrender value of my life insurance." As I read the instructions to the current form, I am now required to report that. In response to Part VII C, I have reported the aggregate cash surrender value for the policies. In response to Part VII B, I have shown the aggregate amount of the dividends on the policies, which are used to pay the premiums and increase the cash surrender value.

| FINANCIAL DISCLOSURE REPORT | Name of Person Reporting | Date of Report |
|---|---|---|
| | KING, CAROLYN D | 7/27/2004 |

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature _____      Date _July 27, 2004_

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

---

### FILING INSTRUCTIONS

Mail signed original and 3 additional copies to:

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544